UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Securities and Exchange Commission, § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-07-4479 |
| Rhea Laws, et al., § § | |
| Defendants. § | |

## Final Judgment

1. Rhea Laws and 4D Seismic, Inc., are enjoined from violating Section 10(b) of the Securities and Exchange Act of 1934, Rule 10b-5 under it, and Section 5 of the Securities Act.

2. Laws is barred permanently from participating in any way with the offer of stocks with a share price of less than $5.00.

3. Laws is barred permanently from serving as an officer or director of an issuer of securities under Section 12 of the Exchange Act or one required to report under Section 15(d) of it. He is permanently barred from serving 4D in any capacity, including employee and consultant.

4. The Securities and Exchange Commission recovers from 4D Seismic and Laws, jointly and severally, disgorgement of $550,000 plus prejudgment interest of $105,234.35, for a total of $655,234.35.

5. The Securities and Exchange Commission recovers from Rhea Laws a civil penalty under Section 20(d) of the Securities Act and Section 21(d)(3) of the Exchange Act of $25,000.

6. 4D Seismic, Inc., is not dissolved.

Signed on September 30, 2008, at Houston, Texas.

---
Lynn N. Hughes
United States District Judge